■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CHAMBLIN, Appellant. [652 NYS2d 543] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Jones, J.), rendered January 5, 1996.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea agreement. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE DAVIS, Appellant. [652 NYS2d 542] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Jones, J.), rendered October 5, 1995, convicting him of attempted rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.